## Case No. 16,013.

### UNITED STATES v. PAXTON.

[1 Cranch, C. C. 44.] [1]

Circuit Court, District of Columbia. Dec. Term, 1801.

INTOXICATING LIQUORS—UNLAWFUL SALES.

A servant selling spirituous liquors for his master without license is not liable to the penalty.

[Cited in U. S. v. Shuck, Case No. 16,285; U. S. v. Voss, Id. 16,628.]

Indictment for retailing spirituous liquors without license.

THE COURT directed the jury that if they should be of opinion that the defendant sold the liquor as clerk, agent, servant, or barkeeper of Brown, then he was not guilty. It was the selling of Brown within the meaning of the act. See, also, U. S. v. Shuck [Case No. 16,285], Alexandria, Jan. term, 1802, and U. S. v. Voss [Id. 16,628].